SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson ) | Case No. **2:11-cv-00694-GEB-KJN** |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JUNE 20, 2011 FOR DEFENDANT MURIEL J. BOHR TO RESPOND TO COMPLAINT |
| vs. ) | |
| Kyeong Industrial Inc., et al ) | |
| Defendants ) | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Muriel J. Bohr, by and through their respective attorneys of record, Scott N. Johnson; Teresa A. Cunningham, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Muriel J. Bohr until

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

June 6, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Muriel J. Bohr is granted an extension until June 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Muriel J. Bohrs' response will be due no later than June 20, 2011.

IT IS SO STIPULATED effective as of June 3, 2011

Dated:  June 3, 2011                /s/Teresa A. Cunningham
                                    Teresa A. Cunningham,
                                    Attorney for Defendant
                                    Muriel J. Bohr

Dated:  June 3, 2011                /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Muriel J. Bohr shall have until June 20, 2011 to respond to complaint.

Dated: June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge