IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                           No. CIV-S-11-0694-GEB-KJN

    vs.

KYOENG INDUSTRIAL, INC., et al.,

      Defendants.                    ORDER

_____/

      On October 21, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The Proposed Findings and Recommendations filed October 21, 2011, are

1  ADOPTED; and

2      2.  Plaintiff's motion for default judgment against defendants Kyeong Industrial Inc., individually and d/b/a Sam's Teriyaki; Danny Rodriguez, individually and d/b/a Yaquis Taqueria; and Angelica Avina Rodriguez, individually and d/b/a/ Yaquis Taqueria (Dkt No. 20) is denied without prejudice.

Dated:  November 22, 2011

```
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```